**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

**CASE NO.** 1:26-cv-02286-MIS-SCY

**DATE:** Friday, August 28, 2026

**Time in court:** 139 minutes

**TITLE:** New Mexico Forward Party v. Maggie Toulouse Oliver, et al.

**COURTROOM CLERK:** David Haines

**COURT REPORTER:** Carmela McAlister

( ) Albuquerque ( ) Las Cruces (X) Santa Fe ( ) Roswell

( ) Bench warrant ordered

**INTERPRETER:** none

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**

Oliver B. Hall
A. Blair Dunn
Jared Robert Vander Dussen

**ATTORNEYS PRESENT FOR DEFENDANT(S):**

Justin Miller
Michael Woods
Peter Auh
David Roman
Brandon Huss

**TYPE OF PROCEEDING:** Preliminary Injunction Hearing

**PROCEEDINGS:**

- 1:30 pm: Court in session.
- Mr. Hall argued for plaintiffs
- Mr. Miller called witness Lindsey Bachman, appearing remotely
- Mr. Hall objected to the witness on notice and competency grounds
- Court permitted questioning on competency and reserved ruling on notice
- Mr. Miller questioned witness to establish competency
- Mr. Dunn cross-examined witness on competency
- Court found witness competent
- Mr. Miller questioned witness on direct examination
- Mr. Dunn cross-examined witness
- Mr. Miller questioned witness on redirect
- Mr. Miller argued for defendant
- Mr. Hall argued for plaintiffs
- 3:49 pm: Court adjourned.