**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**NEW MEXICO FORWARD PARTY; BOB PERLS;**
**MICHAEL VIGIL; DENNIS DINGE;**
**HARRY MONTOYA; and FRANCES KAVA,**

**Plaintiffs,**

**Civil Action No. 1:26-cv-02286-MIS-SCY**

**v.**

**MAGGIE TOULOUSE OLIVER, in her official capacity**
**as Secretary of State of New Mexico; and**
**BARBARA DELANEY, in her official capacity as**
**County Clerk of Luna County, New Mexico,**

**Defendants.**

**NOTICE OF APPEAL**

Notice is hereby given this 2nd day of September 2026, pursuant to Fed. R. App. P. 3 and 4 and 28 U.S.C. § 1292(a)(1), that Plaintiffs New Mexico Forward Party, Bob Perls, Michael Vigil, Dennis Dinge, Harry Montoya, and Frances Kava hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order Denying Motion for Preliminary Injunction of this Court (ECF Doc. 22), entered September 2, 2026, which denied Plaintiffs' Emergency Motion for Preliminary Injunction (ECF Doc. 8).

Respectfully submitted this 2nd day of September 2026.

*<u>/s/ Oliver B. Hall</u>*
Oliver B. Hall
*Pro hac vice*
D.C. Bar No. 976463
Center for Competitive Democracy
P.O. Box 21090
Washington, DC 20009
(202) 248-9294
oliverhall@competitivedemocracy.org

WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP

A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold Ave SW, Suite 1000
Albuquerque, NM 87102
(505) 750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF system, which caused all parties and counsel entitled to receive notice to be served electronically as more fully described on the Notice of Electronic Filing.

*/s/ Oliver B. Hall*
Oliver B. Hall