**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2025)**

## PART I – Case Information and Contact Information

Case Name: New Mexico Forward Party v. Toulouse-Oliver
District Court Case Number: 1:26-cv-02286-MIS-SCY
District Court: District of New Mexico
Circuit Court Appeal Number: 26-2145
Name of Attorney/Pro Se Party Completing this Form: Oliver B. Hall
Name of Law Firm/or Office: Center for Competitive Democracy
Address: P.O. Box 21090 Washington, DC 20009
Phone: 202-248-9294 Email: oliverhall@competitivedemocracy.org
Attorney For: New Mexico Forward Party, Bob Perls, Michael Vigil, Harry Montoya, Dennis Dinge and Frances Kava

## PART II – Complete when Transcripts are NOT ordered

**I am not ordering a transcript because (check one):**
- [x] a transcript is not necessary for this appeal;
- [ ] the necessary transcript is already on file in the district court;
- [ ] or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: /s/Oliver Hall Date: September 17, 2026

## PART III – Complete When Ordering Transcripts

**I hereby order the following transcript(s) from** ____________________ (name of court reporter).

Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.
**Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.**

(●) This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I have already made satisfactory payment arrangements with the court reporter as confirmed by the court reporter's acknowledgement on Part IV below.

( ) This case **IS** proceeding under the Criminal Justice Act, and (check one):
- [ ] I am a Federal Public Defender. By signing this form, I certify that the Defender's Office will pay the cost of the transcript(s) as confirmed by the court reporter's acknowledgement on Part IV below.
- [ ] I am a CJA Panel Attorney. By signing this form, I certify that I will take all the steps required in eVoucher to complete payment arrangements for the transcript(s) as confirmed by the court reporter's acknowledgment on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: ____________________ Date: __________

## PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, ____________________, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: ____________________ Date: __________