**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 12/2025)**

## PART I – Case Information and Contact Information

Case Name: New Mexico Forward Party v. Maggie Toulouse Oliver, et al. District Court Case Number: 1:26-cv-02286-MIS-SCY
District Court: New Mexico Circuit Court Appeal Number: 26-2145
Name of Attorney/Pro Se Party Completing this Form: Michael Woods
Name of Law Firm/or Office: Bardacke Allison Miller LLP
Address: 141 E. Palace Ave, 2nd Floor, Santa Fe, NM 87501
Phone: 505-995-8000 Email: michael@bardackeallison.com
Attorney For: Maggie Toulouse Oliver in her official capacity as Secretary of State of New Mexico

## PART II – Complete when Transcripts are NOT ordered

**I am not ordering a transcript because (check one):**
- ☐ a transcript is not necessary for this appeal;
- ☐ the necessary transcript is already on file in the district court;
- ☐ or the necessary transcript was ordered previously in appeal

Attorney/Ordering Party's Signature: ____________________ Date: __________

## PART III – Complete When Ordering Transcripts

**I hereby order the following transcript(s) from** Carmela V. McAlister (name of court reporter).
Order all transcripts from the same court reporter on one form, but use separate forms for each court reporter.
**Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day, or daily) (check with court reporter for applicable rates) |
|---|---|---|---|
| Preliminary Injunction Hearing - testimony of Lindsey Bachman | 8/28/2026 | 16 | 7 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Attorney/Ordering Party's Certificate of Payment for Transcript(s) Ordered.**

◉ This case is **NOT** proceeding under the Criminal Justice Act. By signing this form, I agree to pay for the transcript(s) ordered on this form, and I certify that I have already made satisfactory payment arrangements with the court reporter as confirmed by the court reporter's acknowledgement on Part IV below.

○ This case **IS** proceeding under the Criminal Justice Act, and (check one):
- ☐ I am a Federal Public Defender. By signing this form, I certify that the Defender's Office will pay the cost of the transcript(s) as confirmed by the court reporter's acknowledgement on Part IV below.
- ☐ I am a CJA Panel Attorney. By signing this form, I certify that I will take all the steps required in eVoucher to complete payment arrangements for the transcript(s) as confirmed by the court reporter's acknowledgment on Part IV below.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

Attorney/Ordering Party's Signature: /s/Michael Woods Date: 9/25/2026

## PART IV – Court Reporter's Acknowledgment of Payment and Estimated Completion Date

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Proceeding(s) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

I, ____________________, certify that satisfactory payment arrangements have been made for the transcript(s) ordered on this form, and I will provide the required notice to the circuit when I file the completed transcripts.

Signature of Court Reporter: ____________________ Date: __________